# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| SCOTT ALLEN SPIWAK, an individual,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>JAGUAR LAND ROVER NORTH AMERICA, LLC, a Delaware Corporation; JAGUAR LAND ROVER THOUSAND OAKS d/b/a SILVER STAR JLR, INC., and DOES 1 through 20, inclusive,<br><br>　　　　　　Defendants. | **CASE NO.: CV 16-8810-GW(MRWx)**<br><br>[Assigned to the Hon. George Wu]<br><br>**ORDER RE DISMISSAL WITH PREJUDICE**<br><br><br>Trial:　　　September 12, 2017 |

　　　The Court, having reviewed the parties' Stipulation of Dismissal of Entire Action with Prejudice and good cause appearing, orders that this case be, and is hereby, dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each side to be responsible for and bear its own costs, expenses, and attorney's fees.

　　　IT IS SO ORDERED.

DATED: May 10, 2017

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　GEORGE H. WU, U.S. District Judge